1  GOLDBERG, KOHN, BELL, BLACK,
    ROSENBLOOM & MORITZ, LTD.
2  Matthew Zapf (Illinois State Bar No. 06197084)
    55 East Monroe Street
3  Suite 3700
    Chicago, Illinois 60603
4  Telephone:  (312) 201-4000
    Facsimile:   (312) 332-2196
5  E-mail: Matthew.Zapf@goldbergkohn.com

6  Attorneys for Plaintiffs DR. WERNER SCHREIBER, in
    his capacity as Insolvency Administrator for M+S
7  ELEKTRONIC AG and M+S ELECTRONIC AG

E-filing

FILED
APR 2 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. WERNER SCHREIBER, in his capacity as Insolvency Administrator for M+S ELEKTRONIC AG and M+S ELECTRONIC AG,<br><br>    Plaintiffs,<br><br>vs.<br><br>KINTANA, INC., n/d/b as MERCURY INTERACTIVE CORPORATION,<br><br>    Defendants. | Case No. C05 00895 HRL<br><br>[proposed] ORDER ADMITTING MATTHEW ZAPF *PRO HAC VICE*<br><br>Date Action Filed:  March 2, 2005<br>Trial Date:             Not Yet Set |

[proposed] ORDER ADMITTING MATTHEW ZAPF *PRO HAC VICE*
CASE NO. C05 00895 HRL
2178/024168-0001
602629.01 a04/26/05

**[proposed] ORDER**

Matthew Zapf, an active member in good standing of the bar of the State of Illinois, whose business address and telephone number is 55 East Monroe Street, Suite 3700, Chicago, Illinois 60603, (312) 201-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Dr. Werner Schreiber, in his capacity as Insolvency Administrator for M+S Elektronic AG and M+S Electronic AG,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 4/28/05

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

[proposed] ORDER ADMITTING MATTHEW ZAPF *PRO HAC VICE*
CASE NO. C05 00895 HRL
2178/024168-0001
602629.01 a04/26/05                    -1-