RUTAN & TUCKER, LLP
Erin-Leigh Henderson, (State Bar No. 206011)
50 West San Fernando Street, Suite 320
San Jose, California 95113-2430
Telephone: 408-289-8777
Facsimile: 408-289-8778
Email: ehenderson@rutan.com

GOLDBERG, KOHN, BELL, BLACK, ROSENBLOOM
  & MORITZ, LTD.
Matthew A.C. Zapf (PRO HAC VICE)
Stephen H. Locher (PRO HAC VICE)
55 E. Monroe Street, Suite 3700
Chicago, IL 60603
Telephone: 312-201-4000
Facsimile: 312-332-2196
Email: matthew.zapf@goldbergkohn.com, stephen.locher@goldbergkohn.com

Attorneys for Plaintiffs
DR. WERNER SCHREIBER, in his capacity as Insolvency
Administrator for M+S ELEKTRONIK AG

MORRISON & FOERSTER LLP
James P. Bennett (State Bar No. 65179)
Connie L. Chen (State Bar No. 168122)
425 Market Street
San Francisco, CA 94105
415-268-7000
Fax: 415-268-7522
Email: jbennett@mofo.com, conniechen@mofo.com
Attorneys for Defendant
KINTANA, INC. (now KANGA ACQUISITION L.L.C.)

**\*\*E-filed 7/5/05\*\***

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DR. WERNER SCHREIBER, in his capacity as Insolvency Administrator for M+S ELEKTRONIK AG, <br><br> Plaintiffs, <br><br> vs. <br><br> KINTANA, INC., n/d/b as MERCURY INTERACTIVE CORPORATION, | Case No. C05 00895 JF/HRL <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** <br><br> Honorable Jeremy Fogel |

# 476648.v01 6/24/05 2:11 PM @7S801!.DOC
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. C05 00895 JF/HRL

5697.001

Defendants.

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1.      Subject to paragraph 2 below, the parties agree to participate in private mediation with a provider to be determined at a later date. The parties will equally share the mediation costs.

2.      Kintana's Motion to Dismiss the Complaint Pursuant to F.R.C.P. 12(b)(6) is currently pending before this Court. The parties acknowledge that if the Court grants Kintana's motion and dismisses this action in its entirety, mediation will not be necessary. Therefore, the parties agree that mediation will not take place unless and until after the Court issues a ruling denying Kintana's Motion to Dismiss. M+S proposes that the parties engage in mediation no later than 180 days after receiving notice of the Court's ruling on Kintana's Motion to Dismiss and after the parties have conducted some discovery. Kintana proposes that the parties engage in mediation no later than 30 days after receiving notice of the Court's ruling on Kintana's Motion to Dismiss and before any discovery is conducted.

Dated: June 24, 2005

    /s/  Stephen H. Locher
Stephen H. Locher
GOLDBERG, KOHN, BELL, BLACK,
   ROSENBLOOM & MORITZ, LTD.
Attorneys for Plaintiff

Dated: June 24, 2005

    /s/  Connie L. Chen
Connie L. Chen
MORRISON & FOERSTER LLP
Attorneys for Defendant

ATTESTATION OF E-FILED SIGNATURE

I, Stephen H. Locher, am the ECF User whose ID and password are being used to file this

Joint Case Management Statement and Proposed Order. In compliance with General Order 45,

X.B., I hereby attest that Connie L. Chen has concurred in this filing.

Dated: June 24, 2005

By:    /s/ Stephen H. Locher
Stephen H. Locher
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3700
Chicago, Illinois 60603
(312) 201-4000

**[PROPOSED] ORDER**

     Pursuant to the Stipulation above, the captioned matter is hereby referred to Private ADR.

The deadline for the ADR session will be ___60___ days from the date of the Court's ruling on

Kintana's Motion to Dismiss.


IT IS SO ORDERED


Dated: ___7/5/05_____              /s/electronic signature authorized

                                                   The Honorable Jeremy Fogel