RUTAN & TUCKER, LLP
Erin-Leigh Henderson, (State Bar No. 206011)
50 West San Fernando Street, Suite 320
San Jose, California 95113-2430
Telephone: 408-289-8777
Facsimile: 408-289-8778
Email: ehenderson@rutan.com

GOLDBERG, KOHN, BELL, BLACK, ROSENBLOOM
  & MORITZ, LTD.
Matthew A.C. Zapf (PRO HAC VICE)
Stephen H. Locher (PRO HAC VICE)
55 E. Monroe Street, Suite 3700
Chicago, IL 60603
Telephone: 312-201-4000
Facsimile: 312-332-2196
Email: matthew.zapf@goldbergkohn.com, stephen.locher@goldbergkohn.com

Attorneys for Plaintiffs
DR. WERNER SCHREIBER, in his capacity as Insolvency
Administrator for M+S ELEKTRONIK AG, and M+S
ELEKTRONIK AG

MORRISON & FOERSTER LLP
James P. Bennett (State Bar No. 65179)
Will B. Fitton (State Bar No. 182818)
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Fax: 415-268-7522
Email: jbennett@mofo.com, wfitton@mofo.com

Attorneys for Defendant
KINTANA, INC. (now KANGA ACQUISITION L.L.C.)

\*\*E-filed 9/2/05\*\*

GOLDBERG, KOHN, BELL,
BLACK, ROSENBLOOM &
MORITZ, LTD.
ATTORNEYS AT LAW

# 484272.v01 9/1/05 3:39 PM @D_001!.DOC

5697.001

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DR. WERNER SCHREIBER, in his capacity as Insolvency Administrator for M+S ELEKTRONIK AG, and M+S ELEKTRONIK AG<br><br>Plaintiffs,<br><br>vs.<br><br>KINTANA, INC., n/d/b as MERCURY INTERACTIVE CORPORATION,<br><br>Defendants. | Case No. C05 00895 JF/HRL<br><br>STIPULATED REQUEST FOR CHANGE OF ADR DEADLINE AND CONTINUANCE OF STATUS HEARING, AND ~~PROPOSED~~ ORDER<br><br>Honorable Jeremy Fogel |

The Parties to the above-captioned action hereby file this Stipulated Request for Change of ADR Deadline and Continuance of Status Hearing, and in support state as follows:

1. On July 5, 2005, this Court entered a Stipulation and Order Selecting ADR Process, in which the Court set a deadline for the ADR session of "60 days from the date of the Court's ruling on Kintana's Motion to Dismiss." The Court ruled on the Motion to Dismiss on July 19, 2005. Thus, the 60 day deadline will expire on September 17, 2005. The Court also scheduled a status hearing for September 16, 2005.

2. The parties have a motion hearing in the case scheduled for October 28, 2005. In the interest of convenience to out-of-town counsel and clients, and subject to the Court's permission, the parties have agreed to hold the ADR session and status hearing the same week as the motion hearing. Counsel for the Plaintiffs has spoken with the Court's judicial secretary, who has informed counsel that October 28, 2005 is available for the status hearing.

3. There have not been any previous time modifications in the case. The requested time modification will not affect the schedule for the remainder of the case.

WHEREFORE, the parties jointly request that the Court extend the mediation deadline an additional 45 days and continue the status hearing until October 28, 2005.

**AGREED:**

Dated: September 1, 2005

Erin-Leigh Henderson
RUTAN & TUCKER, LLP

Matthew A. C. Zapf
Stephen H. Locher
GOLDBERG, KOHN, BELL, BLACK,
 ROSENBLOOM & MORITZ, LTD.

By: /s/ Stephen H. Locher
Stephen H. Locher



Attorneys for Plaintiffs
DR. WERNER SCHREIBER, in his capacity as
Insolvency Administrator for M+S ELEKTRONIK AG,
and M+S ELEKTRONIK AG



Dated: September 1, 2005

James P. Bennett
Will Fitton
MORRISON & FOERSTER LLP

By: /s/ Will B. Fitton

Will Fitton

Attorneys for Defendant
KINTANA, INC. (now KANGA ACQUISITION L.L.C.)

# ATTESTATION OF E-FILED SIGNATURE

I, Stephen H. Locher, am the ECF User whose ID and password are being used to file this Stipulated Request for Change of ADR Deadline and Continuance of Status Hearing. In compliance with General Order 45, X.B., I hereby attest that Will Fitton has concurred in this filing.

Dated: September 1, 2005

By:   /s/ Stephen H. Locher
Stephen H. Locher
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3700
Chicago, Illinois 60603
(312) 201-4000

GOLDBERG, KOHN, BELL,
BLACK, ROSENBLOOM &
MORITZ, LTD.
ATTORNEYS AT LAW

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DR. WERNER SCHREIBER, in his capacity as Insolvency Administrator for M+S ELEKTRONIK AG, and M+S ELEKTRONIK AG<br><br>Plaintiffs,<br><br>vs.<br><br>KINTANA, INC., n/d/b as MERCURY INTERACTIVE CORPORATION,<br><br>Defendants. | Case No. C05 00895 JF/HRL<br><br>[PROPOSED] ORDER<br><br>Honorable Jeremy Fogel |

## [PROPOSED] ORDER

The ADR deadline contained in this Court's Stipulation and Order Selecting ADR Process is hereby extended 45 days. The Status Hearing scheduled for September 16, 2005, is continued until October 28, 2005.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

/s/electronic signature authorized
_____
The Honorable Jeremy Fogel
U.S. District Judge, Northern District of California

Dated: 9/2/05