RUTAN & TUCKER, LLP
Erin-Leigh Henderson, (State Bar No. 206011)
50 West San Fernando Street, Suite 320
San Jose, California 95113-2430
Telephone: 408-289-8777
Facsimile: 408-289-8778
Email: ehenderson@rutan.com

GOLDBERG, KOHN, BELL, BLACK, ROSENBLOOM
  & MORITZ, LTD.
Matthew A.C. Zapf (PRO HAC VICE)
Stephen H. Locher (PRO HAC VICE)
55 E. Monroe Street, Suite 3700
Chicago, IL 60603
Telephone: 312-201-4000
Facsimile: 312-332-2196
Email: matthew.zapf@goldbergkohn.com, stephen.locher@goldbergkohn.com

Attorneys for Plaintiffs and Counterdefendants
DR. WERNER SCHREIBER, in his capacity as Insolvency
Administrator for M+S ELEKTRONIK AG, and M+S
Elektronik AG

MORRISON & FOERSTER LLP
James P. Bennett (State Bar No. 65179)
Will B. Fitton (State Bar No. 182818)
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Fax: 415-268-7522
Email: jbennett@mofo.com, wfitton@mofo.com

Attorneys for Defendant and Counterclaimant
KINTANA, INC. (now KANGA ACQUISITION L.L.C.)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DR. WERNER SCHREIBER, in his capacity as Insolvency Administrator for M+S ELEKTRONIK AG, and M+S Elektronik AG<br><br>Plaintiffs and Counterdefendants, | Case No. C05 00895 JF/HRL<br><br>**STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Honorable Jeremy Fogel |

1       vs.

2  KINTANA, INC., n/d/b as MERCURY
   INTERACTIVE CORPORATION,

3
                Defendant and
4               Counterclaimant.

5

6

7  **STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

8         The parties to the above-entitled action jointly submit this Stipulated Request to

9  Reschedule Case Management Conference, and in support thereof state as follows:

10         1.      The parties have reached a settlement on all matters in dispute and have finalized a

11  written settlement agreement.  The parties are in the process of obtaining necessary signatures on

12  the Settlement Agreement, which has been delayed by the recent holidays and the fact that

13  plaintiff resides in Germany.

14

15         2.      The parties have a Case Management Conference ("CMC") scheduled for January

16  20, 2006.

17         3.      Given the imminent settlement, the parties would like to avoid the time and

18  expense associated with preparing and filing a Joint Case Management Statement for the CMC on

19  January 20, 2006.  The parties therefore jointly request that the Court reschedule the CMC for

20  January 27, 2006, with the expectation that a stipulated dismissal order will be filed in lieu of a

21  Joint Case Management Statement.  The parties have received permission from the Court's clerk

22

23  to make this request.

24         WHEREFORE, the parties jointly request that this Court reschedule the Case

25  Management Conference from January 20, 2006, to January 27, 2006.

26

27

28

**AGREED:**

Dated: January 5, 2006

Erin-Leigh Henderson
RUTAN & TUCKER, LLP

Matthew A. C. Zapf
Stephen H. Locher
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.

By:     /s/ Stephen H. Locher
Stephen H. Locher

Attorneys for Plaintiff and Counterdefendant
DR. WERNER SCHREIBER, in his capacity as
Insolvency Administrator for M+S ELEKTRONIK AG, and M+S Elektronik AG

Dated: January 5, 2006

James P. Bennett
Will B. Fitton
MORRISON & FOERSTER LLP

By:     /s/ Will B. Fitton
Will B. Fitton

Attorneys for Defendant and Counterclaimant
KINTANA, INC. (now KANGA
ACQUISITION L.L.C.)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  1/11/06                          _____
                                         HON. JEREMY FOGEL
                                         UNITED STATES DISTRICT JUDGE

*GRANTED — Judge Jeremy Fogel — UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

**GENERAL ORDER 45 ATTESTATION**

I, Will B. Fitton, am the ECF user whose ID and password are being used to file this STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE, Case Number C-05-00895 JF/HRL.  In compliance with General Order 45, X.B., I hereby attest that each of the above-listed attorneys have concurred in this filing.


       /s/ Will B. Fitton