JAMES P. BENNETT (CA SBN 65179)
WILL B. FITTON (CA SBN 182818)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: WFitton@mofo.com

Attorneys for Defendant and Counterplaintiff
KINTANA, INC. (now KANGA ACQUISITION L.L.C.)

\*\*E-filed 1/24/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DR. WERNER SCHREIBER, in his capacity as Insolvency Administrator for M+S ELEKTRONIC AG and M+S ELECTRONIC AG,<br><br>    Plaintiff and Counterdefendant,<br><br> v.<br><br>KINTANA, INC., n/d/b as MERCURY INTERACTIVE CORPORATION,<br><br>    Defendant and Counterplaintiff. | Case No. C05 00895 JF/HRL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS** |

IT IS HEREBY STIPULATED by and between plaintiff and counterdefendant Dr. Werner Schreiber, in his capacity as insolvency administrator of m+s Elektronik AG, and defendant and counterplaintiff Kintana, Inc. (collectively the "Parties"), through their counsel of record, that all claims and counterclaims in the above-captioned matter shall be immediately dismissed with prejudice.

| | | |
|---|---|---|
| Dated: January 20, 2006 | | MATTHEW A. ZAPF<br>STEPHEN H. LOCHER<br>GOLDBERG KOHN BELL BLACK<br>ROSENBLOOM & MORITZ, Ltd. |

By: /s/ Stephen H. Locher
    Stephen H. Locher
    Attorneys for Plaintiff and
    Counterdefendant
    DR. WERNER SCHREIBER, in his
    capacity as Insolvency Administrator
    for M+S ELEKTRONIK AG

Dated: January 20, 2006                        JAMES P. BENNETT
                                          WILL B. FITTON
                                          MORRISON & FOERSTER LLP

By: /s/ Will B. Fitton
    Will B. Fitton
    Attorneys for Defendant and
    Counterplaintiff
    KINTANA, INC. (now KANGA
    ACQUISITION L.L.C.)

**GENERAL ORDER 45 ATTESTATION**

I, Will B. Fitton, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS, Case Number C-05-00895 JF/HRL. In compliance with General Order 45, X.B., I hereby attest that each of the above-listed attorneys have concurred in this filing.

                /s/ Will B. Fitton

**ORDER**

The Court directs that all claims and counterclaims in this action shall be dismissed with prejudice in accordance with the Parties' Stipulation above, and that the Court hereby retains jurisdiction over this matter to implement or enforce the terms of the Parties' Confidential Settlement Agreement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/24/06

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE